### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA

**WILLIAM H. CARTER,**

       **Plaintiff,**

**v.**

                                       **CASE NO. 3:11-CV-00107-DHB-WLB**

**NCO FINANCIAL SYSTEMS,**

       **Defendant.**

### DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S, RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, NCO Financial Systems, Inc. (NCO), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.     Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.     NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a Delaware corporation. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

**HALL, BOOTH, SMITH & SLOVER, P.C.**

*/s/ Glenn E. Jones*

Glenn E. Jones
Georgia Bar No. 612374

*Attorney for Defendant*

3528 Darien Highway, Suite 300
Brunswick, Georgia  31525
(912) 554-0093 Telephone
(912) 554-1973 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WILLIAM H. CARTER,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS,

        Defendant.

CASE NO. 3:11-CV-00107-DHB-WLB

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2012, I electronically filed the foregoing: **Defendant NCO Financial Systems, Inc.'s Rule 7.1(a) Corporate Disclosure Statement** with the Clerk of Court for the Southern District of Georgia by using the CM/ECF system. I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

William H. Carter, Pro Se
311 Bethel Street
Eastman, Georgia 31023

HALL, BOOTH, SMITH & SLOVER, P.C.

/s/ Glenn E. Jones
Glenn E. Jones
Georgia Bar No. 612374

*Attorney for Defendant*

3528 Darien Highway, Suite 300
Brunswick, Georgia  31525
(912) 554-0093 Telephone
(912) 554-1973 Facsimile

3

50575438-1
4875-0016