# United States District Court
## Southern District of Georgia



2012 JUL -5 AM 10: 28

---

William H. Carter
_____
Plaintiff

v.

NCO Financial Systems
_____
Defendant.

CASE NO.: 3:11-cv-00107-DHB-WLB

Appearing on behalf of: _____
Defendant
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* Keren Gesund _____, hereby requests permission to appear pro hac vice in the subject case filed in the   Dublin   Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court,   USDC EDLA  .
*Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates Glenn E. Jones _____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.
        This  4th  day of  June  , 2012.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Glenn E. Jones _____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.
This  3rd  day of  July  , 2012

612374
_____
Georgia Bar Number

(912) 554-0093
_____
Business Telephone

_____
Signature of Local Counsel

Hall, Booth, Smith & Slover, P.C. _____ (Law Firm)

3528 Darien Highway, Suite 300 _____ (Business Address)

Brunswick, Georgia 31525 _____ (City, State, Zip)

Same as above _____ (Mailing Address)

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Louisiana

**CERTIFICATE OF GOOD STANDING**

I, _____ Loretta G. Whyte _____, *Clerk of this Court,*

*certify that* _____ Keren E. Gesund _____, *Bar #* _____ 34397 _____,

*was duly admitted to practice in this Court on*

_____ 5/30/2012 _____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____ New Orleans, Louisiana _____ on _____ 05/31/2012 _____.
LOCATION        DATE

Loretta G. Whyte          *Melissa Verdin*
CLERK                     DEPUTY CLERK

# United States District Court
## Southern District of Georgia

William H. Carter  
_____  
Plaintiff

v.

NCO Financial Systems  
_____  
Defendant

Case No. 3:11-cv-00107-DHB-WLB

Appearing on behalf of

Defendant  
_____  
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____  
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*

NAME OF PETITIONER: Keren Gesund

Business Address: Sessions, Fishman, Nathan & Israel, LLC  
Firm/Business Name  

3850 North Causeway Boulevard, Suite 200  
Street Address  

Metairie        LA       70002  
Street Address (con't)     City     State     Zip  

Mailing Address (if other than street address)

Address Line 2         City, State, Zip  
(504) 828-3700         N/A  
Telephone Number (w/ area code)   Georgia Bar Number

```
Court Name: Southern District of Georgia
Division: 2
Receipt Number: BWK004028
Cashier ID: robinson
Transaction Date: 07/05/2012
Payer Name: Sessions Fishman Nathan And
------------------------------------
PRO HOC VICE
 For: Keren Gesund
 Case/Party: D-GAS-4-12-LB-000001-000
 Amount:         $200.00
------------------------------------
CHECK
 Check/Money Order Num: 40038
 Amt Tendered: $200.00
------------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00

CV311-107
```