# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA  2012 SEP 17 PM 3:58

DUBLIN DIVISION

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| WILLIAM H. CARTER, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-107 |
| NCO FINANCIAL SYSTEMS, | ) |
| Defendant. | ) |

## ORDER

The above-captioned matter is before the Court on Plaintiff's request for an extension of time in which to respond to Defendant's motion for summary judgment. (Doc. no. 23.) The Court notes that, five days after filing the instant motion, Plaintiff filed his response to Defendant's motion for summary judgment. (Doc. no. 24.) However, in an abundance of caution, and to the extent that Plaintiff was unable to include any information or arguments in his response due to the proximity of the original deadline, the Court will allow Plaintiff the duration of his originally requested extension to supply any supplemental material. Therefore, Plaintiff's request is **GRANTED**. Plaintiff shall have through and including October 1, 2012, to file any supplemental information or other additions to his recently-filed response. The parties should note that any further extensions of the deadline for responding to the motion for summary judgment will have to be addressed to the presiding District Judge.

SO ORDERED this 17th day of September, 2012, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE