# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM H. CARTER | **N O T I C E** |
| v. | 3:11cv107 |
| NCO FINANCIAL SYSTEMS | |

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **TUESDAY, SEPTEMBER 18, 2012 AT 4:00 P.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

PLACE:   FEDERAL JUSTICE CENTER
UNITED STATES DISTRICT COURTHOUSE
600 JAMES BROWN BOULEVARD
COURTROOM 1
AUGUSTA, GEORGIA

TYPE OF PROCEEDING:   TELECONFERENCE

DATE: September 17, 2012

TO:   Judge Barfield
Plaintiff
Defendant

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: *Rebecca Prior*
REBECCA PRIOR, COURTROOM DEPUTY CLERK
706 849-4404