# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR311-107

DATE September 18, 2012

TITLE William H. Carter v. NCO Financial

TIMES 3:59-4:04

TOTAL 5 minutes

Honorable: W. Leon Barfield, United States Magistrate Judge
Courtroom Deputy: Rebecca Prior
Court Reporter: FTR
Interpreter: N/A

Attorney for Plaintiff
William H. Carter, Pro Se

Attorney for Defendant(s)
Keren Gesund

Attorney for

PROCEEDINGS: Teleconference

[✓] In Court
[ ] In Chambers

Plaintiff allowed to amend complaint. All remaining deadlines and discovery extended 60 days.

(Rev 7/2003)

GENERAL CLERK'S MINUTES