ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 OCT -1  PM 4:45
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIAM H. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 311-107 |
| | ) |
| NCO FINANCIAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The above-captioned case is presently before the Court on *pro se* Plaintiff's "Motion for Leave to Amend Complaint." (Doc. no. 18.)[1] Defendant has filed a brief in opposition to Plaintiff's motion to amend. (Doc. no. 22.) On September 18, 2012, the Court held a telephone conference with both parties to address the motion to amend and Defendant's opposition to that motion. As announced during the conference, Plaintiff's motion is **GRANTED,** and, in accordance with Defendant's request for additional time for discovery, the discovery period and all remaining deadlines are extended by sixty (60) days.

As the Court explained during the conference, Plaintiff's motion was filed outside of the deadline for filing amended pleadings of June 29, 2012, as set by the controlling Scheduling Order for this case. (Doc. no. 15.) However, per the agreement at the telephone conference, the Court will allow Plaintiff to amend his complaint in this instance. Defendant will then be free to raise any opposition to the claims in Plaintiff's amendment by filing a

---

[1] Plaintiff's motion to amend proposes the addition of claims under the Federal Debt Collection Practices Act as well as the Telephone Consumer Practices Act.

motion at the appropriate time. However, the Court advises both parties that further requests for extension of time will not be looked upon favorably. Moreover, the parties should note that any further motions for extension of time will have to be addressed to the presiding District Judge.

Accordingly, Plaintiff's motion to amend is **GRANTED**. The **CLERK** is **DIRECTED** to file, as of the date of this Order, Plaintiff's second amended complaint, which is attached to his motion to amend. (Doc. no. 18.) Additionally, the deadline for the close of discovery is extended by 60 days until November 16, 2012, and the deadline for filing civil motions is likewise extended until December 16, 2012.

SO ORDERED this 1st day of October, 2012, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE