# ORIGINAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 OCT -1  PM 4: 47

CLERK_C Adams
SO. DIST. OF GA.

|  |  |  |
|---|---|---|
| William H. Carter | ) |  |
| **Plaintiff** | ) |  |
|  | ) | **Case No: CV 311-107** |
| **vs** | ) |  |
|  | ) |  |
| NCO FINANCIAL SYSTEMS | ) | **Judge Dudley H. Bowen Jr.** |
| **Defendant** | ) |  |
|  | ) | **Trial by Jury Demanded** |

## SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FCRA, FDCPA AND TCPA

## JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C §1331.

2. All conditions precedent to the bringing of this action have been performed.

## PARTIES

3. The Plaintiff in this lawsuit is William H. Carter, a natural person, who resides in Dodge County, Georgia.

4. The Defendant in this lawsuit is NCO FINANCIAL SYSTEMS ("NCO") an unknown entity with offices at 507 Prudential Road, Horsham, PA 19044

## VENUE

5. The occurrences which give rise to this action occurred in Dodge County, Georgia and Plaintiff resides in Dodge County, Georgia.

6. Venue is proper in the Southern District of Georgia.

## GENERAL ALLEGATIONS

7. Plaintiff obtained his consumer credit reports from the three major credit reporting agencies and found entries by entities that he was unfamiliar with in the reports.

8. Plaintiff determined that his consumer credit report had been obtained on various occasions by entities he did not recognize and without his consent.

9. Plaintiff found after examination of his TransUnion consumer credit report that Defendant, NCO had obtained his TransUnion consumer credit report in November of 2009.

10. Discovery of violation of the FCRA brought forth herein occurred in Oct. of 2011 and is within the statute of limitations as defined in FCRA, 15 U.S.C. § 1681p.

11. Plaintiff is in possession of a letter from First Premier Bank stating he does not have responsibility on any account with them *(See* **Exhibit A).** The letter was sent in response to a Demand for Validation sent to another company attempting to collect on the same nonexistent account NCO was claiming through correspondence gave them permissible purpose to obtain Plaintiff's credit report.

12. Plaintiff provided a copy of the letter from First Premier Bank to Defendant's counsel.

13. Plaintiff made multiple attempts to mitigate settlement before and after litigation.

14. As a result of Plaintiff's propounding discovery, Defendant responded with print outs of electronic records which constituted violations of the Telephone Consumer Protection Act. 47 U.S.C. § 227 *et al*. and the Fair Debt Collection Practices Act 15 U.S.C. § 1692d(5).

# COUNT I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT NCO FINANCIAL SYSTEMS

15. Paragraphs 1 through 14 are realleged as though fully set forth herein.

16. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

17. TransUnion is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

18. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

19. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

20. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

21. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant, NCO.

22. At no time did Plaintiff give his consent for Defendant NCO, to acquire his consumer credit report from any credit reporting agency.

23. On Oct. 28, 2011 Plaintiff sent Defendant NCO, a letter of intent to sue with a redacted page

showing the credit pull from his TransUnion credit report. Plaintiff offered to settle outside litigation for the statutory damage allowed pursuant to the FCRA.

24. On Nov. 2, 2011 Plaintiff was contacted via email by Michelle Lyon of SESSIONS, FISHMAN, NATHAN & ISRAEL LLC as counsel for Defendant, NCO claiming Defendant, NCO was unable to locate any account which could have afforded permissible purpose and requested Plaintiff's Social Security number. Plaintiff responded to the email stating he had never had any account with Defendant NCO and since he wished to have none, denied the request for his Social Security number as he had already provided the page from his TransUnion credit report clearly showing the credit pull.

25. Nov. 14, 2011 Ms. Lyon sent another email claiming Defendant, NCO had been "hired" to collect an account with FIRST PREMIER BANK.

26. In response to a Dispute Letter sent to another collection agency, Plaintiff received a letter dated Dec. 1, 2011 from FIRST PREMIER BANK stating he has no account with them.

27. In Nov. of 2009 Defendant, NCO obtained the TransUnion consumer credit report for the Plaintiff with no permissible purpose, in violation of FCRA, 15 U.S.C. § 1681b.

28. The action of Defendant, NCO obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.


**WHEREFORE, Plaintiff demands judgment for damages against Defendant, NCO FINANCIAL SYSTEMS for statutory damages of $1000.00, punitive damages to be determined by this honorable court, attorney's fees, and costs pursuant to 15 U.S.C. § 1681n.**

## COUNT II

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692

29. Plaintiff repeats and re-alleges each and every allegation stated above

30. Plaintiff propounded production of documents on Defendant in June of 2012. The documents produced by Defendant to Plaintiff contained records of Numerous telephone calls made to Plaintiff's cell phone by Defendant. **(*See* Exhibit B).**

31. Upon close inspection of the call records provided by Defendant, Plaintiff determined that there were at least one hundred and five calls placed to the the Plaintiff's cell phone  number, 478-689-6028 between November of 2009 and April of 2010. **(*See* Exhibit B)**

32. On thirty four of the days calls to Plaintiff's cell phone were made there were At least two and as many as four calls per day, harassing the Plaintiff and creating a violation of  FDCPA 15 U.S.C. § 1692d(5). **(*See* Exhibit B)**

**WHEREFORE, Plaintiff demands judgment for damages against Defendant, NCO for statutory damages of $1000.00 pursuant to FDCPA 15 U.S.C. § 1692k(a)(2)(A).**

## COUNT III

## VIOLATION OF THE TELEPHONE CONSUMER PRACTICES ACT (TCPA), 47 U.S.C. § 227 WILLFUL NON-COMPLIANCE BY DEFENDANT NCO FINANCIAL SYSTEMS

33.  Plaintiff repeats and re-alleges each and every allegation stated above.

34.  Documents provided by Defendant through discovery show documented evidence of at

least one hundred and five calls placed by an automatic dialing system to Plaintiff's cell

phone number without Plaintiff's express consent, (*See* **Exhibit B**). Said numerous calls

to Plaintiff were blatant  and willful violations **TCPA 47 U.S.C. § 227(b)(1)(A)(iii)**

when considering the extreme number of calls made to Plaintiff without his express consent.

35.  Plaintiff has provided Defendant with proof in the form of a page from the Alltel phone

billing for the account on that phone which clearly indicates it was a wireless phone.

36.  The Alltel account for the wireless phone of the Plaintiff was in the name of Plaintiff's

mother in law and included five wireless phones with separate numbers.  (*See* **Exhibit C**)

37.  Plaintiff has provided Defendant with proof of the fact that the cell phone with the number

478-689-6028 was his personal contact number. (*See* **Exhibits D, E, and F**)

38.  Plaintiff does not have an established business relationship within the meaning of

47 U.S.C. § 227 with NCO and Plaintiff never gave NCO his express consent to call

him at any time.

39.  Plaintiff was aware there had been many harassing phone calls placed to his cell phone in

the approximate time frame of November 2009 to April 2011 but was unaware said calls

had been placed by NCO until the records of said calls were provided  by Defendant during

discovery.

40.  There is no language within the TCPA 47  U.S.C. § 227 which would require Plaintiff's

cell phone account to be in his name and proof has been provided that said wireless phone number was at all times used only by the Plaintiff and no other person.

41. The TCPA provides a private right of action as stated in **TCPA 47 U.S.C. § 227, (b)(3)**

> **(b)(3) PRIVATE RIGHT OF ACTION –** A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State-
>
> > **(A)** an action based on a violation of this subsection or the regulations prescribed under subsection to enjoin such violation,
> > **(B)** an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
> > **(C)** both such actions. If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the available under subparagraph (B) of this paragraph.

**WHEREFORE Plaintiff demands damages pursuant to 47 U.S.C. § 227(b)(3)(A)(B)(C) in the amount of $500.00 for the first call and $1,500.00 per call for each and every successive call thereafter as knowing and or willful violations of the TCPA.**

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: August 13, 2012

Respectfully Submitted,

William H. Carter
311 Bethel Street
Eastman, Georgia 31023

# EXIBIT

# A

# CENTENNIAL®

First PREMIER® Bank
P.O. Box 5524
3820 N. Louise Ave.
Sioux Falls, SD 57117-5524

December 1, 2011

WILLIAM H CARTER
322 BETHEL ST
EASTMAN GA   31023

Dear WILLIAM H CARTER :

This letter is regarding your recent request for information on the First PREMIER Bank credit card account ending in 1656.

We have completed our investigation and have determined you are not responsible for the disputed account. We have sent information to the four major consumer reporting agencies to remove the account from your consumer file. Please allow 60 to 90 days for the update to reflect on your consumer report. We apologize for any inconvenience this may have caused.

Unfortunately, we are unable to release the account information you are requesting at this time. In cases involving identity theft, the Fair Credit Reporting Act provides an alternative method by which you may be able to obtain some of the requested documents. First PREMIER Bank is required by 15 U.S.C. §1681g(e) to provide application and statement copies, if available, to the victim of identity theft or to a law enforcement agency at the request of the victim. Under 15 U.S.C. §1681g(e), the following information must be forwarded to us before we can comply with such a request:

1. A written request from the victim of identity theft requesting any available application/statement copies be provided to the law enforcement agency or to themselves; **and**

2. A copy of the police report evidencing the claim of the victim of identity theft or a properly completed copy of the standard affidavit of identity theft made available by the Federal Trade Commission (available at: www.ftc.gov); **and**

3. A copy of one of the following approved government identification items issued to you such as a state issued driver's license. Other acceptable forms of verification include a copy of a paystub, W2 form, a letter from the Social Security Administration office on their letterhead that has been signed and dated by an authorized representative, a signed and dated letter from your employer on company letterhead, or a copy of your birth certificate; **and**

4. Any relevant information related to the transaction alleged to be a result of identity theft, such as the date of application or credit card account number.

Once we are in receipt of these documents, we are able to fulfill your request.

Questions can be directed to the Customer Service Department at 1-800-987-5521. Business hours are Monday-Friday 7:00 a.m. to 9:00 p.m. and Saturday 8:00 a.m. to 4:30 p.m. Central Time.

Sincerely,

M. Wilson                                         9
Customer Service Department              SC225
First PREMIER Bank                          0043299576-8208
jgh

# EXHIBIT
# B

707806

F A C T   S H E E T

```
CRS #:      AJO893                    Client #:   GENFPB-B
Name:       CARTER, WILLIAM H         FIRST PREMIER BANK
Address:    311 BETHEL ST             Acct #:                  :1656
City/State: EASTMAN, GA 31023-6233    Regarding:  First PREMIER Bank
Home Phone: (000) 000-0000            Amt Refered:     414.13
Work Phone: (...) ...-....            Current Bal:     414.13
Soc Sec No:                           Comm Rate:       45.000%
Employer:                             Costs:             0.00
                                      Ck Chg/Fee:        0.00
                                      Other      0.00
Status:     82  FDCPA NO CONTACT      Interest Rate:     0.000%
Coll Unit:  666  LEGAL REST           Interest Amt:      0.00
Date Last:  10/30/07                  Date Received:  11/10/09
Activity Code:  QQ RETURN TO CLIENT       ****** RETURNED ******
Spouse Name  Last:                    First:
       SS#   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
       Emp   (000) 000-0000
Co Maker     Last:                    First:
       SS#   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
       Home  (000) 000-0000
       Emp   (000) 000-0000
Prev Citi#   Last:                    First:
REH AGR DT   00/00/00
1st PMT DT   00/00/00
REH AGR TYPE
-[KCYCLE AMT          0.00
```

| Phone Nbr | Name/Address | Zip | Type/Status | Source/when | Cf/I | C |
|---|---|---|---|---|---|---|
| ( )  - | CARTER, WILLIAM H | | N-Debtor | J-Master | UNKN | |
| | 5607 COTTONDALE AVE | 31023 | F-Previous | 11/10/09 | UNKN | Unk |
| (478) 220-4053 | CARTER, WILLIAM H | | N-Debtor | I-Lex/Nexis | LOW | |
| | | | O-New | 11/10/09 | LAND | Unk |
| (770) 233-9349 | CARTER, WILLIAM H | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | O-New | 11/10/09 | LAND | Unk |
| (770) 233-9598 | CARTER, WILLIAM H | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | O-New | 11/10/09 | LAND | Unk |
| (770) 233-0856 | CARTER, WILLIAM H | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | O-New | 11/10/09 | LAND | Unk |
| (478) 689-0593 | CARTER, WILLIAM H | | N-Debtor | I-Lex/Nexis | LOW | |
| | | | O-New | 11/10/09 | CELL | Man |
| (478) 231-0016 | WHITEHEAD, DWAYNE | | H-Associate | I-Lex/Nexis | UNKN | |
| | PO BOX 4923 | 31023 | O-New | 11/10/09 | UNKN | Unk |
| (478) 220-4444 | SANFORD, LANEDA | | H-Associate | I-Lex/Nexis | UNKN | |
| | | 31023 | O-New | 11/10/09 | UNKN | Unk |
| (678) 516-7331 | HALL | | 6-Relative | I-Lex/Nexis | UNKN | |
| | 1514 SHERIDAN RD NE AP | 30324 | O-New | 11/10/09 | UNKN | Unk |
| (770) 567-0058 | LAIDLER, VIOLET | | 6-Relative | I-Lex/Nexis | UNKN | |
| | 225 JACKSON ST APT 17 | 30295 | O-New | 11/10/09 | UNKN | Unk |

Page 1

707806

```
AJO893   CARTER, WILLIAM H                              Page 2

Phone Nbr      Name/Address        Zip    Type/Status   Source/when Cf/I C
(770) 946-4365 PIRKLE                     6-Relative    I-Lex/Nexis UNKN
               348 STEELE DR       30228 O-New          11/10/09    UNKN  Unk
(256) 775-7814 PARTEE, SANDRA             6-Relative    I-Lex/Nexis UNKN
               3980 COUNTY ROAD 1212 35179 O-New        11/10/09    UNKN  Unk
(478) 374-8299 WHITEHEAD, PATRICIA        6-Relative    I-Lex/Nexis UNKN
               5727 6TH AVE        31023 O-New          11/10/09    UNKN  Unk
(478) 374-6200 WHITEHEAD, WAYNE           6-Relative    I-Lex/Nexis UNKN
               PO BOX 4923         31023 O-New          11/10/09    UNKN  Unk
(478) 553-9136                            N-Debtor      4-T/U       HIGH
                                          O-New         11/15/09    UNKN  Unk
(478) 689-6028 CARTER, WILLIAM H          N-Debtor      J-Master    UNKN
               311 BETHEL ST       31023 6-Cease Calls 11/01/11    UNKN  Unk
===========================================================================


---------PAYMENTS---------------  ------------TRANSACTIONS-------------
--Date--    Amount    Code  Rate  --DATE--  TIME  AC/RC  ----COMMENT---- ID
                                  11/10/09 13:41  CC/CC  SCORE-000       SYS
                                  11/10/09 17:12  CC/CC                  LXN
                                  A1-5607 COTTONDALE AVE
                                  11/10/09 17:12  CC/CC                  LXN
                                  CSZ-EASTMAN      GA 310235237
                                  11/10/09 17:12  IR/GI                  LXN
                                  NB SKP - SHP ADD ASC REL
                                  11/15/09 10:40  CC/CC  SCORE-002       SYS
                                  11/15/09 10:40  CC/CC                  SYS
                                  DEBTOR CREDIT BUREAU DATA ON O SCREE
                                  N
                                  11/16/09 10:35  AG/IR                  I4L
                                  DEBTOR FORWARDED TO AGENCY
                                  11/16/09 10:35  TA/    PL1             SYS
                                  11/17/09 02:14  AG/IR                  SYS
                                  NEW PLMT - BALANCE UPDATE SENT
                                  11/17/09 10:16  CC/CC  COLL UNIT NC1   NEE
                                  11/18/09 08:51  CC/CC  COLL UNIT G08   NEE
                                  11/19/09 03:09  SN/A                   NEE
                                  11/20/09 06:30  VR/NA  111909 1657     VOX
                                  IH.NA 4786896028 LV NO ANSWER
                                  11/20/09 19:59  MN/NA  112009 1226     VOX
                                  MO.NA 4786896028 LV NO ANSWER
                                  11/21/09 05:32  MN/NA  112009 1909     VOX
                                  MO.NA 4786896028 LV NO ANSWER
                                  11/21/09 15:02  MN/NA  112109 0850     VOX
                                  MO.NA 4786896028 LV NO ANSWER
                                  11/21/09 17:01  MN/NA  112109 1340     VOX
                                  MO.NA 4786896028 LV NO ANSWER
                                  11/21/09 18:39  MN/NA  112109 1550     VOX
                                  MO.NA 4786896028 LV NO ANSWER
                                  11/24/09 10:22  VR/NA  112309 1459     VOX
                                  IH.NA 4786896028 LV NO ANSWER
                                  11/25/09 05:32  MN/NA  112409 1251     VOX
                                  MO.NA 4786896028 LV NO ANSWER
                                  11/26/09 04:25  VR/NA  112509 1330     VOX
                                  Page 2
```

707806

```
AJO893   CARTER, WILLIAM H                                    Page 3
----------PAYMENTS---------------    -------------TRANSACTIONS-------------
--Date--     Amount     Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                     IH.NA 4786896028 LV NO ANSWER
                                     11/26/09  19:51  VR/NA  112609 1434      VOX
                                     IH.NA 4786896028 LV NO ANSWER
                                     11/27/09  16:45  VR/NA  112709 1006      VOX
                                     IH.NA 4786896028 LV NO ANSWER
                                     11/28/09  05:09  VR/NA  112709 1831      VOX
                                     IH.NA 4786896028 LV NO ANSWER
                                     11/28/09  05:09  VR/NA  112709 1758      VOX
                                     IH.NA 4786896028 LV NO ANSWER
                                     11/28/09  14:50  VR/NA  112809 1115      VOX
                                     IH.NA 4786896028 LV NO ANSWER
                                     11/28/09  19:49  VR/NA  112809 1714      VOX
                                     IH.NA 4786896028 LV NO ANSWER
                                     11/29/09  17:52  MN/NA  112909 1346      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     11/29/09  17:52  MN/NA  112909 1314      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     11/30/09  04:00  MN/NA  112909 1634      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     11/30/09  04:00  MN/NA  112909 1945      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     11/30/09  20:23  VR/NA  113009 1044      VOX
                                     IH.NA 4786896028 LV NO ANSWER
                                     11/30/09  20:23  VR/NA  113009 1116      VOX
                                     IH.NA 4786896028 LV NO ANSWER
                                     12/02/09  17:51  MN/NA  120209 0933      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/02/09  20:45  MN/NA  120209 1710      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/05/09  19:46  MN/NA  120509 1023      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/06/09  15:01  MH/LM                   T3
                                     4786896028 XMMAIN94
                                     12/09/09  20:41  MN/NA  120909 1444      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/10/09  20:36  MN/NA  121009 1151      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/11/09  05:40  MN/NA  121009 2003      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/14/09  06:16  CC/CC                   SYS
                                     DT LAST-00 00                      1656
                                     12/15/09  04:00  MN/NA  121409 1030      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/15/09  09:02  MN/NA  121409 2022      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/16/09  12:26  MN/NA  121509 1343      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                     12/16/09  17:42  MH/DL  121609 1021      ASP
                                     AH.DL 4786896028
                                     12/19/09  05:02  MN/NA  121809 1421      VOX
                                     MO.NA 4786896028 LV NO ANSWER
                                             Page 3
```

```
                                707806
                                12/19/09  16:01  MH/DL  121909 1015    ASP
                                   AH.DL 4786896028
                                12/21/09  04:52  MN/NA  122009 1711    VOX
```

AJO893   CARTER, WILLIAM H                              Page 4

```
-----------PAYMENTS----------------    -------------TRANSACTIONS-------------
--Date--      Amount    Code   Rate    --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                          MO.NA 4786896028 LV NO ANSWER
                                       12/21/09  16:46  MN/NA  122109 1138    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       12/23/09  20:39  CC/CC                 SYS
                                          DT LAST-03 11 07-           :1656
                                       12/24/09  10:06  MN/NA  122309 1753    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       12/24/09  19:47  MN/NA  122409 1246    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       12/29/09  04:25  MN/NA  122809 1616    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       12/30/09  13:05  MN/NA  122909 1420    VQX
                                          MO.NA 4786896028 LV NO ANSWER
                                       12/30/09  19:06  MN/NA  123009 0904    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       01/01/10  18:40  MN/NA  010110 1017    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       01/02/10  19:52  MN/NA  010210 1013    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       01/02/10  19:52  MN/NA  010210 1045    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       01/04/10  18:45  MH/AM                 T3
                                          4786896028 XMMAIN94
                                       01/06/10  17:18  MH/DL  010610 1148    ASP
                                          AH.DL 4786896028
                                       01/09/10  19:46  MN/NA  010910 1052    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       01/11/10  20:52  VR/NA  011110 1551    VOX
                                          IH.NA 4786896028 LV NO ANSWER
                                       01/13/10  04:00  VR/NA  011210 1645    VOX
                                          IH.NA 4786896028 LV NO ANSWER
                                       01/13/10  04:00  VR/NA  011210 1614    VOX
                                          IH.NA 4786896028 LV NO ANSWER
                                       01/13/10  16:57  MH/DL  011310 1032    ASP
                                          AH.DL 4786896028
                                       01/15/10  06:51  VR/NA  011410 1433    VOX
                                          IH.NA 4786896028 LV NO ANSWER
                                       01/15/10  17:52  MH/DL  011510 1351    ASP
                                          AH.DL 4786896028
                                       01/16/10  06:04  TG/TA  TRIGGER SENT   TRG
                                       01/16/10  19:51  MN/NA  011610 1157    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                       01/18/10  20:59  VR/NA  011810 1203    VOX
                                          IH.NA 4786896028 LV NO ANSWER
                                       01/18/10  20:59  VR/NA  011810 1238    VOX
                                          IH.NA 4786896028 LV NO ANSWER
                                       01/19/10  20:34  MN/NA  011910 1052    VOX
                                          MO.NA 4786896028 LV NO ANSWER
                                             Page 4
```

```
                                    707806
                                    01/19/10  20:34  MN/NA  011910 1019   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    01/20/10  10:26  MH/AM                T3
                                      4786896028 XMMAIN94
                                    01/21/10  20:02  VR/NA  012110 1407   VOX
                                      IH.NA 4786896028 LV NO ANSWER
```

```
AJO893   CARTER, WILLIAM H                          Page 5
-----------PAYMENTS-----------------    -------------TRANSACTIONS--------------
--Date--    Amount    Code   Rate   --DATE--   TIME AC/RC  ----COMMENT---- ID

                                    01/22/10  08:16  VR/NA  012110 1951   VOX
                                      IH.NA 4786896028 LV NO ANSWER
                                    01/23/10  04:38  MN/NA  012210 1044   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    01/23/10  19:50  MN/NA  012310 1002   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    01/26/10  20:44  VR/NA  012610 1330   VOX
                                      IH.NA 4786896028 LV NO ANSWER
                                    01/27/10  17:54  MH/DL  012710 1300   ASP
                                      AH.DL 4786896028
                                    01/28/10  20:35  MN/NA  012810 1235   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    01/30/10  04:21  VR/NA  012910 1135   VOX
                                      IH.NA 4786896028 LV NO ANSWER
                                    01/30/10  04:58  VR/NA  012910 1949   VOX
                                      IH.NA 4786896028 LV NO ANSWER
                                    02/01/10  20:31  VR/NA  020110 1251   VOX
                                      IH.NA 4786896028 LV NO ANSWER
                                    02/04/10  07:19  MH/DL  020310 1431   ASP
                                      AH.DL 4786896028
                                    02/04/10  10:02  MH/AM                T3
                                      4786896028 XMMAIN94
                                    02/05/10  17:10  MN/NA  020510 0844   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    02/06/10  04:00  MN/NA  020510 1911   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    02/06/10  16:41  MN/NA  020610 0905   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    02/06/10  18:41  MN/NA  020610 1624   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    02/08/10  20:43  MN/NA  020810 1005   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    02/09/10  08:20  MN/NA  020810 2004   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    02/09/10  10:41  CC/CC                SYS
                                      AUX2 POS 3-PREMIER BANKCARD, LLC

                                    02/10/10  04:00  VR/NA  020910 1520   VOX
                                      IH.NA 4786896028 LV NO ANSWER
                                    02/11/10  20:58  VR/NA  021110 1307   VOX
                                      IH.NA 4786896028 LV NO ANSWER
                                    02/13/10  05:20  VR/NA  021210 1316   VOX
                                      IH.NA 4786896028 LV NO ANSWER
                                    02/13/10  15:43  MN/NA  021310 1041   VOX
                                      MO.NA 4786896028 LV NO ANSWER
                                    Page 5
```

```
        707806
        02/13/10  17:45  MN/NA  021310 1452    VOX
        MO.NA 4786896028 LV NO ANSWER
        02/16/10  04:24  VR/NA  021510 1308    VOX
        IH.NA 4786896028 LV NO ANSWER
        02/16/10  17:47  VR/NA  021610 1159    VOX
        IH.NA 4786896028 LV NO ANSWER
        02/16/10  18:53  VR/NA  021610 1534    VOX
        IH.NA 4786896028 LV NO ANSWER
        02/17/10  16:38  VR/NA  021710 1144    VOX
```

AJO893   CARTER, WILLIAM H                                 Page 6

| ----------PAYMENTS---------------- | | | | -------------TRANSACTIONS-------------- | | | |
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- ID |

```
        IH.NA 4786896028 LV NO ANSWER
        02/18/10  15:44  MN/NA  021810 0904    VOX
        MO.NA 4786896028 LV NO ANSWER
        02/18/10  18:52  MN/NA  021810 1544    VOX
        MO.NA 4786896028 LV NO ANSWER
        02/20/10  04:00  VR/NA  021910 1602    VOX
        IH.NA 4786896028 LV NO ANSWER
        02/20/10  18:36  MN/NA  022010 1449    VOX
        MO.NA 4786896028 LV NO ANSWER
        02/22/10  20:54  VR/NA  022210 1242    VOX
        IH.NA 4786896028 LV NO ANSWER
        02/24/10  07:18  MH/DL  022310 1314    ASP
        AH.DL 4786896028
        02/25/10  10:38  VR/NA  022410 1432    VOX
        IH.NA 4786896028 LV NO ANSWER
        02/26/10  09:48  VR/NA  022510 1743    VOX
        IH.NA 4786896028 LV NO ANSWER
        02/27/10  05:23  VR/NA  022610 1411    VOX
        IH.NA 4786896028 LV NO ANSWER
        02/27/10  20:03  VR/NA  022710 1019    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/02/10  04:22  VR/NA  030110 1309    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/02/10  16:15  VR/NA  030210 1005    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/02/10  16:52  VR/NA  030210 1414    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/03/10  09:17  VR/NA  030210 1844    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/03/10  16:43  VR/NA  030310 1249    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/04/10  07:34  VR/NA  030310 1818    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/04/10  17:41  MH/DL  030410 0828    ASP
        AH.DL 4786896028
        03/05/10  19:31  VR/NA  030510 1108    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/06/10  06:09  VR/NA  030510 2005    VOX
        IH.NA 4786896028 LV NO ANSWER
        03/06/10  16:04  MN/NA  030610 0917    VOX
        MO.NA 4786896028 LV NO ANSWER
        03/06/10  17:40  MN/NA  030610 1443    VOX
        Page 6
```

```
       707806
         MO.NA 4786896028 LV NO ANSWER
       03/09/10  05:38  VR/NA  030810 1208      VOX
         IH.NA 4786896028 LV NO ANSWER
       03/09/10  11:50  VR/NA  030810 2004      VOX
         IH.NA 4786896028 LV NO ANSWER
       03/10/10  04:00  VR/NA  030910 1343      VOX
         IH.NA 4786896028 LV NO ANSWER
       03/10/10  20:57  VR/NA  031010 1644      VOX
         IH.NA 4786896028 LV NO ANSWER
       03/12/10  10:18  VR/NA  031110 1428      VOX
         IH.NA 4786896028 LV NO ANSWER
       03/12/10  13:42  VR/NA  031110 2015      VOX
```

```
AJO893   CARTER, WILLIAM H                            Page 7

-----------PAYMENTS--------------    -------------TRANSACTIONS--------------
--Date--     Amount    Code   Rate   --DATE--    TIME AC/RC  ----COMMENT---- ID

                                        IH.NA 4786896028 LV NO ANSWER
                                     03/12/10  20:41  VR/NA  031210 1021      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/13/10  17:49  VR/NA  031310 0951      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/16/10  09:59  VR/NA  031510 1340      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/16/10  15:32  MN/NA  031610 0952      VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                     03/17/10  07:50  MN/NA  031610 1730      VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                     03/17/10  19:13  MH/DL  031710 0854      ASP
                                        AH.DL 4786896028
                                     03/19/10  08:36  VR/NA  031810 1531      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/20/10  05:07  VR/NA  031910 1525      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/20/10  15:38  MN/NA  032010 1123      VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                     03/20/10  17:47  MN/NA  032010 1434      VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                     03/20/10  18:49  MN/NA  032010 1615      VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                     03/22/10  16:57  MH/DL  032210 0853      ASP
                                        AH.DL 4786896028
                                     03/24/10  04:00  VR/NA  032310 1435      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/24/10  17:52  MN/NA  032410 1247      VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                     03/25/10  12:43  MN/NA  032410 1956      VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                     03/26/10  07:00  VR/NA  032510 1508      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/27/10  20:00  VR/NA  032710 1333      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/31/10  04:00  VR/NA  033010 1438      VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                     03/31/10  18:01  MH/DL  033110 1204      ASP
                                        AH.DL 4786896028
                                          Page 7
```

```
       707806
       04/01/10  20:53  VR/NA   040110 1506        VOX
        IH.NA 4786896028 LV NO ANSWER
       04/03/10  18:37  MN/NA   040310 1325        VOX
        MO.NA 4786896028 LV NO ANSWER
       04/04/10  20:40  AJ/IR  C105                SYS
        20100404 CLOSE - EFFORTS EXHAUSTED
       04/04/10  20:40  AG/IR                      VR5
        DEBTOR RECALLED FROM AGENCY - NC1
       04/04/10  20:40  CC/CC   COLL UNIT V81      SYS
       04/04/10  20:40  CC/CO                      SYS
                    1656 ACT CODE 0
       04/06/10  11:33  AG/IR                      I4L
        DEBTOR FORWARDED TO AGENCY
       04/06/10  11:33  CS/10                      I4L
       04/06/10  11:33  TA/     PL2                SYS
```

AJO893   CARTER, WILLIAM H                    Page 8

| ----------PAYMENTS--------------- | | | | -------------TRANSACTIONS------------- | | | |
|---|---|---|---|---|---|---|---|
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | ID |

```
                                    04/07/10  02:23  AG/IR               SYS
                                     NEW PLMT - BALANCE UPDATE SENT
                                    04/07/10  06:01  TG/TO  TRIGGER REMOVED TRI
                                    04/09/10  05:03  AJ/IR  S101         SYS
                                     20100407 ACKNOWLEDGMENT
                                    04/09/10  23:00  AJ/IR  W113         SYS
                                     20100408 MISC. DEBTOR LETTER
                                    05/13/10  22:33  AJ/IR  S123         SYS
                                     20100512 SKIP SEARCH - BAD ADDRESS
                                    05/13/10  22:33  AJ/IR  W120         SYS
                                     20100512 TELEPHONE DEMAND RESIDENCE
                                    05/13/10  22:35  AJ/IR  S123         SYS
                                     20100512 SKIP SEARCH - BAD ADDRESS
                                    05/13/10  22:35  AJ/IR  W120         SYS
                                     20100512 TELEPHONE DEMAND RESIDENCE
                                    05/17/10  21:39  AJ/IR  S124         SYS
                                     20100514 SKIP TRACE
                                    11/23/10  19:12  CC/CC               SYS
                                     RETURN GENFPBB·           1656
                                    11/23/10  19:12  CC/CC               SYS
                                     ACTIVITY AD - CBR12672538
                                    11/24/10  07:41  CC/CC               SYS
                                     ACTIVITY RA - CBR12672538
                                    11/24/10  07:41  CC/CC               SYS
                                     RETURN DATE 11-23-10 - CBR12672538
                                    11/24/10  12:49  CC/CO               SYS
                                     RECALLED DATE HAS BEEN SET
                                     MASTER FORWARDED FLAG REMOVED
                                     FORWARD FLAG WAS F NOW R
                                    11/24/10  12:49  AG/LR  C100 SN2     SYS
                                    11/25/10  02:40  CC/CC               SYS
                                     RECALL SENT TO SN2 FOR C100
                                    03/15/11  11:26  SO/CC               SYS
                                     SOL DATE 00-00-00 - CBR12672538
                                    08/03/11  23:22  CC/CC               SYS
                                     AUX2 POS 2 - PREMIER BANKCARD, LLC
                                     Page 8
```

# EXHIBIT
# C



## Account Summary

| | | |
|---|---|---|
| **Previous Charges** | | |
| Previous Balance as of 09/14/05 | | $183.18 |
| Payments and Adjustments | | |
| Thank you for your payment - 09/09/05 | $183.18 CR | |
| Total Payments and Adjustments | | $183.18 CR |
| **Balance Forward** | | **$.00** |
| Current Charges for all Subscribers | | |
| Monthly Service Charges | $156.93 | |
| Other Charges and Credits | $10.32 | |
| Taxes | $13.64 | |
| Airtime & Directory Assistance Charges | $29.85 | |
| **Total Charges for all Subscribers** | | **$210.74** |
| **TOTAL BALANCE DUE** | | **$210.74** |

## Current Charges for All Subscribers

| | Local Airtime Used | Monthly Service Charges | Other Charges & Credits | Taxes | Access Charges | Touch2Talk Usage Charges | Airtime & Dir. Assist Charges | Long Distance Charges | Roaming Charges | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| WIRELESS (478)689-0484 | 1887.0 | $20.98 | $1.89 | $1.56 | $.00 | $.00 | $13.85 | $.00 | $.00 | $38.28 |
| WIRELESS (478)689-0506 | 2082.0 | $20.98 | $1.62 | $1.28 | $.00 | $.00 | $4.75 | $.00 | $.00 | $28.63 |
| WIRELESS (478)689-5645 | 1481.0 | $84.99 | $3.57 | $8.24 | $.00 | $.00 | $1.75 | $.00 | $.00 | $98.55 |
| WIRELESS (478)689-6028 | 1423.0 | $14.99 | $1.69 | $1.36 | $.00 | $.00 | $7.20 | $.00 | $.00 | $25.24 |
| WIRELESS (478)689-6205 | 1850.0 | $14.99 | $1.55 | $1.20 | $.00 | $.00 | $2.30 | $.00 | $.00 | $20.04 |



# EXHIBIT
# D

**ORKIN, INC.**

**ORKIN** PEST CONTROL
World's Best

ORKIN - DUBLIN, GA
1961 US HIGHWAY 441 S
DUBLIN, GA 31021
(478) 272-2866
LICG: 591
Target Pest: PEST, GE

AMANDA CARTER
5607 COTTONDALE AVE
EASTMAN, GA 31023
(478) 559-6305    Call before going
(478) 559-5078

GRID:
KEY ACCT:
ROUTE:        4    STOP#:
FREQ:         monthly
P.O. #:
TECH:         WILLIAM STRICKLAND

Date
Time In
Time Out

The type of service performed today was:

☐ Initial   ☐ Scheduled   ☐ No Charge   ☐ Special    Details of this service are listed below.

Follow Up Service Date

| Findings | Treatment | | | | |
|---|---|---|---|---|---|
| ☐ No activity detected. Performed preventive treatment for target pest(s). | Orkin takes care to place treatment materials where they will achi maximum effectiveness. For codes see other side. | | | | |
| | Products | Quantity | Sites | Method | Eq |
| ☐ Ants          ☐ American Roaches | | | | | |
| ☐ Carpenter Ants  ☐ Brown Banded Roaches | | | | | |
| ☐ Fire Ants      ☐ German Roaches | | | | | |
| ☐ Pharoah Ants   ☐ Oriental Roaches | | | | | |
| ☐ Mice           ☐ Smokey Brown Roaches | | | | | |
| ☐ Rats           ☐ Crickets | | | | | |
| ☐ Flies          ☐ Spiders | | | | | |
| ☐ Fleas          ☐ Stored Product Pests | | | | | |
| ☐ Other | | | | | |
| ☐ Activity detected. Treatment applied for the following: | | | | | |
| ☐ Ants           ☐ American Roaches | | | | | |
| ☐ Carpenter Ants  ☐ Brown Banded Roaches | | | | | |
| ☐ Fire Ants      ☐ German Roaches | | | | | |
| ☐ Pharoah Ants   ☐ Oriental Roaches | | | | | |
| ☐ Mice           ☐ Smokey Brown Roaches | | | | | |
| ☐ Rats           ☐ Crickets | | | | | |
| ☐ Flies          ☐ Spiders | | | | | |
| ☐ Fleas          ☐ Stored Product Pests | | | | | |
| ☐ Other | | | | | |

*Your satisfaction is guaranteed. If needed, we will return at no additional charge.*

Please follow checked instructions:
☐ Do not touch treated areas until dry
☐ Do not tamper with rodenticide placements
☐ Do not return to room until ventilated (2 hrs. minimum)

Oak St (Hwy 23 M) twd Cochran E on 9th ave L on Leitch

FOR ADDITIONAL INFORMATION: A COPY OF THE LABEL AND/OR MSDS MAY BE REQUESTED FROM YOUR LOCAL BRANCH.
888149 Rev. 1/06

# EXHIBIT
# E



Date: 4/10/2008 04:27 PM
Estimate ID: 11-6064-08001
Estimate Version: 1
Supplement: 1 (P)  4/10/2008 03:40:48 PM
Preliminary
Profile ID: State Farm

# Coleman's Paint & Body Shop

5305 Ninth Avenue, Eastman, GA  31023
(478) 374-7873
Fax: (478) 374-7998

Damage Assessed By:  Mike Coleman
Supplemented By:  Mike Coleman

Type of Loss: Comprehensive
Date of Loss: 3/18/2008
Deductible: NONE
Route VIR: N
Claim Number: 11-6064-08001

Arrival Date:  3/31/2008

Insured:  WILLIAM CARTER
Owner:  WILLIAM CARTER
Address:  601 KELLAM RD, DUBLIN, GA  31021-3337
Telephone:  Home Phone:  (478) 689-6028

Mitchell Service:  915484

Description: 2001 Chevrolet Astro LS
Body Style: VanPassExt 111" WB
VIN: 1GNDM19W81B143553
Mileage: 225,842
Color: WHITE
Options: ALUM/ALLOY WHEELS, AIR CONDITIONING, POWER STEERING, POWER BRAKES, POWER WINDOWS
POWER DOOR LOCKS, TILT STEERING WHEEL, CRUISE CONTROL, DUAL A/C
AUTOMATIC TRANSMISSION, LUGGAGE RACK, AM-FM STEREO/CDPLAYER(SINGLE)
REAR GATE WIPER, PASSENGER-FRONT AIR BAG, POWER REMOTE MIRROR, V6 ENGINE, 4-DOOR
AM-FM STEREO, VAN, OVERHEAD CONSOLE, DRIVER-FRONT AIR BAG

Vehicle Production Date: 4/01
Drive Train: 4.3L Inj 6 Cyl 2WD
License: ALE0316 GA

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|---|
| | | | | **FRONT BUMPER** | | | | |
| 1 | 500441 | BDY | REMOVE/INSTALL | FRT BUMPER ASSY | | | | INC # |
| 2 | | BDY | OVERHAUL | FRT BUMPER COVER ASSY | | | | 1.1 # |
| 3 | 500444 | BDY | REMOVE/REPLACE | FRT BUMPER COVER | 12382996 | GM PART | 186.85 | INC # |
| 4 | | REF | REFINISH | FRT BUMPER COVER | | | | C 2.1 |
| 5 | | | | USED PARTS ARE NOT AVAILABLE | | | | |
| | | | | **GRILLE** | | | | |
| 6 | 500459 | BDY | REMOVE/REPLACE | GRILLE | 19130758 | GM PART | 333.90 | 0.2 |
| S1 7 | 534263 | BDY | REMOVE/REPLACE | GRILLE ADHESIVE EMBLEM | 88934655 | GM PART | 26.30 | 0.1 |
| | | | | **FRONT LAMPS** | | | | |
| 8 | 500468 | BDY | REMOVE/REPLACE | L H/LAMP CAPSULE ASSY | 16524091 | GM PART | 97.33 | 0.2 # |
| 9 | | BDY | CHECK/ADJUST | HEADLAMPS | | | | 0.4 |
| 10 | 500480 | BDY | REMOVE/REPLACE | L H/LAMP MOUNTING PANEL | 16518493 | GM PART | 65.21 * | INC # |
| | | | | **MANUAL ENTRIES** | | | | |
| 11 | 900500 | BDY * | REMOVE/REPLACE | CAR COVER | New | | 5.00 * | 0.0* |
| | | | | **ADDITIONAL COSTS & MATERIALS** | | | | |
| 12 | 936000 | | ADD'L COST | FREON & OIL | | | 55.00 * | |
| 13 | 936003 | | ADD'L COST | COOLANT | | | 15.00 * | |
| | | | | **FRONT LAMPS** | | | | |
| 14 | 500482 | BDY | REMOVE/REPLACE | L PARK/SIGNAL/MARKER LAMP ASSEMBLY | 16523211 | GM PART | 58.88 | INC # |
| 15 | 500500 | BDY | REMOVE/REPLACE | L MARKER LAMP ASSEMBLY | 16524075 | GM PART | 27.61 | INC # |
| | | | | **COOLING** | | | | |

This estimate has been re-calculated with a modified profile.

ESTIMATE RECALL NUMBER: 04/01/2008 16:31:51  11-6064-08001
UltraMate is a Trademark of Mitchell International
Mitchell Data Version:       MAR_08_A        Copyright (C) 1994 - 2005 Mitchell International        Page  1  of  3
UltraMate Version:            6.0.029          All Rights Reserved

# EXHIBIT
# F

Date: 3/27/2008 11:31 AM
Estimate ID: 11-6064-08001
Estimate Version: 0
Committed
Profile ID: Mitchell

Coleman's Paint & Body Shop
5305 Ninth Avenue Eastman, GA 31023
(478) 374-7673
Fax:  (478) 374-7998

Damage Assessed By:  Mike Coleman

Type of Loss: Comprehensive
Date of Loss: 3/18/2008                                    Arrival Date:  3/31/2008
Deductible: NONE
Claim Paid: N
Claim Number: 11-6064-08001

Insured:  WILLIAM CARTER
Owner:  WILLIAM CARTER
Address:  601 KELLAN RD, DUBLIN, GA 31021-3337
Telephone:  Home Phone:  (478) 689-6028

Mitchell Service:  915484

Description:  2001 Chevrolet Astro LS              Vehicle Production Date:  4/01
Body Style:  VanPassExt 111" WB                      Drive Train:  4.3L Inj 6 Cyl  2WD
VIN:  1GNDM19W81B143553                       License:  ALE0316 GA
Mileage:  225,842
OEM/ALT:  O                                        Search Code:  None
Color:  WHITE
Options:  ALUM/ALLOY WHEELS, AIR CONDITIONING, POWER STEERING, POWER BRAKES, POWER WINDOWS, POWER DOOR LOCKS,
         TILT STEERING WHEEL, CRUISE CONTROL, DUAL A/C, AUTOMATIC TRANSMISSION, LUGGAGE RACK,
         AM-FM STEREO/CDPLAYER(SINGLE), REAR GATE WIPER, PASSENGER-FRONT AIR BAG, POWER REMOTE MIRROR, V6 ENGINE,
         4-DOOR, AM-FM STEREO, VAN, OVERHEAD CONSOLE, DRIVER-FRONT AIR BAG

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|---|
| | | | | FRONT BUMPER | | | | |
| 1 | 500441 | BDY | REMOVE/INSTALL | FRT BUMPER ASSY | | | | INC |
| 2 | | BDY | OVERHAUL | FRT BUMPER COVER ASSY | | | | 1.1 |
| 3 | 500444 | BDY | REMOVE/REPLACE | FRT BUMPER COVER | 12382996 | GM PART | 186.85 | INC |
| 4 | | REF | REFINISH | FRT BUMPER COVER | | | C | 2.1 |
| 5 | | | | USED PARTS ARE NOT AVAILABLE | | | | |
| | | | | GRILLE | | | | |
| 6 | 500459 | BDY | REMOVE/REPLACE | GRILLE | 19130758 | GM PART | 333.90 | 0.2 |
| | | | | FRONT LAMPS | | | | |
| 7 | 500468 | BDY | REMOVE/REPLACE | L H/LAMP CAPSULE ASSY | 16524091 | GM PART | 97.33 | 0.2 |
| 8 | | BDY | CHECK/ADJUST | HEADLAMPS | | | | 0.4 |
| 9 | 500480 | BDY | REMOVE/REPLACE | L H/LAMP MOUNTING PANEL | 16518493 | GM PART | 65.21* | INC |
| | | | | MANUAL ENTRIES | | | | |
| 10 | 900500 | BDY* | REMOVE/REPLACE | CAR COVER | New | | 5.00* | 0.0 * |
| | | | | ADDITIONAL COSTS & MATERIALS | | | | |

ESTIMATE RECALL NUMBER: 4/1/2008 16:31:51   11-6064-08001
                              UltraMate is a Trademark of Mitchell International
Mitchell Data Version:      MAR_08_A       Copyright (C) 1994 - 2008 Mitchell International          Page  1 of  4
UltraMate Version:          6.0.029               All Rights Reserved

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail
USPS to all parties listed below.

**Dated:**

**Respectfully Submitted,**

**William H. Carter**
**311 Bethel Street**
**Eastman, Georgia 31023**

**NCO FINANCIAL SYSTEMS**
**C/O Glenn E. Jones**
**Hall, Booth, Smith & Slover, P.C.**
**3528 Darien Highway, Suite 300**
**Brunswick, Georgia 31525**
**(912) 554-0093**