Chelette
311 Bethel St.
Eastman, Georgia
31023

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107, January 2008

USPS TRACKING NUMBER
9502 5103 0247 2281 3608 45

Clerk of Court
P.O. Box 1130
Augusta, Georgia
30903



U.S. POSTAGE PAID
EASTMAN, GA
31023
OCT 19 '12
AMOUNT
$5.20
00030247-03