UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM H. CARTER, | |
| Plaintiff(s), | |
| v. | CASE NO. 3:11-CV-00107-DHB-WLB |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant(s). | |

### GREGORY STEVENS' SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF NCO'S MOTION FOR SUMMARY JUDGMENT

**COUNTY OF PASCO**

**STATE OF FLORIDA**

BEFORE ME, the undersigned authority, personally came and appeared: Gregory Stevens who, after being duly sworn, did depose and state:

1. My name is Gregory Stevens, I am over the age of eighteen, and I am the NCO Financial Systems, Inc. ("NCO") Vice President of Audit Compliance – Operations Control. Before taking this position in February 2012, I was Vice President of Customer Contact Management, which position I held since February 1, 2008. I am personally familiar with NCO's collection procedures in place from November 1, 2009 to the present. In my position as Vice President of Audit Compliance, I have access to and I am familiar with NCO's files and records regarding collection accounts maintained in the ordinary course of business. I am competent and authorized to give this affidavit.

2. I have reviewed the pleadings, allegations, and NCO's account history notes relating to the account at issue in the name of plaintiff, William H. Carter.

3. On November 10, 2009, First Premier Bank electronically placed an account ending in 1656 in plaintiff's name with NCO for collection. Attached hereto as **Exhibit A** are true and correct copies of NCO's account records for plaintiff's account showing the information First Premier provided and uploaded into NCO's system. The amount referred for collection was $414.13. First Premier Bank also provided plaintiff's address, social security number and phone number.

4. The account notes confirm on November 15, 2009, NCO pulled plaintiff's credit report for use in furtherance of its collection activities relating to that account.

5. On November 20, 2009, NCO began collection efforts on the account.

6. Although I understand plaintiff contends he does not have a First Premier Bank account, NCO had no reason to believe the account placed by First Premier Bank was not plaintiff's account.

7. I have provided this sworn affidavit of my own free will and the information contained in this affidavit is true and correct.

FURTHER AFFIANT SAYETH NOT.
Dated this ___ day of October 2012.

GREGORY STEVENS

SWORN TO AND SUBSCRIBED BEFORE
ME THIS ___ DAY OF ____ 2012.

NOTARY PUBLIC

My Commission Expires: April 17, 2015 [seal]

\\sfnfs02\prolawdocs\6947\6947-28896\Carter, William H. (Pro Se)\825129.doc

ANNIE LAURA BALLARD DAVENPORT
Notary Public - State of Florida
My Comm. Expires Apr 17, 2015
Commission # EE 84858
Bonded Through National Notary Assn.

2

707806

F A C T   S H E E T

```
CRS #:      AJ0893                         Client #:  GENFPB-B
Name:       CARTER, WILLIAM H              FIRST PREMIER BANK
Address:    ███████████████                Acct #:    ████████████1656
City/State: EASTMAN, GA 31023-6233         Regarding: First PREMIER Bank
Home Phone: (000) 000-0000                 Amt Refered:     414.13
Work Phone: (    )    -                    Current Bal:     414.13
Soc Sec No: ██████-4827                    Comm Rate:       ████
Employer:                                  Costs:             0.00
                                           Ck Chg/Fee:        0.00
                                           Other     0.00
Status:     82  FDCPA NO CONTACT           Interest Rate:   0.000%
Coll Unit:  666  LEGAL REST                Interest Amt:      0.00
Date Last:  10/30/07                       Date Received: 11/10/09
Activity Code: QQ RETURN TO CLIENT               ****** RETURNED ******
Spouse Name Last:                          First:
       SS#  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
       Emp  (000) 000-0000
Co Maker    Last:                          First:
       SS#  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
       Home (000) 000-0000
       Emp  (000) 000-0000
Prev Citi#  Last:                          First:
REH AGR DT  00/00/00
1st PMT DT  00/00/00
REH AGR TYPE
-[KCYCLE AMT          0.00
```

| Phone Nbr | Name/Address | Zip | Type/Status | Source/When | Cf/I | C |
|---|---|---|---|---|---|---|
| (    )    - | CARTER, WILLIAM H ██████████ | ████ | N-Debtor<br>F-Previous | J-Master<br>11/10/09 | UNKN<br>UNKN | Unk |
| (478) 220-4053 | CARTER, WILLIAM H | | N-Debtor<br>O-New | I-Lex/Nexis<br>11/10/09 | LOW<br>LAND | Unk |
| (770) 233-9349 | CARTER, WILLIAM H | | N-Debtor<br>O-New | I-Lex/Nexis<br>11/10/09 | MEDI<br>LAND | Unk |
| (770) 233-9598 | CARTER, WILLIAM H | | N-Debtor<br>O-New | I-Lex/Nexis<br>11/10/09 | MEDI<br>LAND | Unk |
| (770) 233-0856 | CARTER, WILLIAM H | | N-Debtor<br>O-New | I-Lex/Nexis<br>11/10/09 | MEDI<br>LAND | Unk |
| (478) 689-0593 | CARTER, WILLIAM H | | N-Debtor<br>O-New | I-Lex/Nexis<br>11/10/09 | LOW<br>CELL | Man |
| (478) 231-0016 | WHITEHEAD, DWAYNE ███████ | ████ | H-Associate<br>O-New | I-Lex/Nexis<br>11/10/09 | UNKN<br>UNKN | Unk |
| (478) 220-4444 | SANFORD, LANEDA ███████ | ████ | H-Associate<br>O-New | I-Lex/Nexis<br>11/10/09 | UNKN<br>UNKN | Unk |
| (678) 516-7331 | HALL ███████████████ | ████ | 6-Relative<br>O-New | I-Lex/Nexis<br>11/10/09 | UNKN<br>UNKN | Unk |
| (770) 567-0058 | LAIDLER, VIOLET ███████████ | ████ | 6-Relative<br>O-New | I-Lex/Nexis<br>11/10/09 | UNKN<br>UNKN | Unk |

707806

```
AJ0893    CARTER, WILLIAM H                                          Page 2

Phone Nbr      Name/Address           Zip   Type/Status   Source/When  Cf/I  C
(770) 946-4365 PIRKLE                        6-Relative   I-Lex/Nexis  UNKN
                                             0-New        11/10/09     UNKN  Unk
(256) 775-7814 PARTEE, SANDRA                6-Relative   I-Lex/Nexis  UNKN
                                             0-New        11/10/09     UNKN  Unk
(478) 374-8299 WHITEHEAD, PATRICIA           6-Relative   I-Lex/Nexis  UNKN
                                             0-New        11/10/09     UNKN  Unk
(478) 374-6200 WHITEHEAD, WAYNE              6-Relative   I-Lex/Nexis  UNKN
                                             0-New        11/10/09     UNKN  Unk
(478) 553-9136                               N-Debtor     4-T/U        HIGH
                                             0-New        11/15/09     UNKN  Unk
(478) 689-6028 CARTER, WILLIAM H             N-Debtor     J-Master     UNKN
                                             6-Cease Calls 11/01/11    UNKN  Unk
====================================================================================

-----------PAYMENTS-----------------    --------------TRANSACTIONS---------------
--Date--      Amount    Code    Rate    --DATE--   TIME   AC/RC  ----COMMENT----  ID
                                        11/10/09  13:41   CC/CC  SCORE-000        SYS
                                        11/10/09  17:12   CC/CC                   LXN
                                         A1-5607 COTTONDALE AVE
                                        11/10/09  17:12   CC/CC                   LXN
                                         CSZ-EASTMAN           GA 310235237
                                        11/10/09  17:12   IR/GI                   LXN
                                         NB SKP - SHP ADD ASC REL
                                        11/15/09  10:40   CC/CC  SCORE-002        SYS
                                        11/15/09  10:40   CC/CC                   SYS
                                         DEBTOR CREDIT BUREAU DATA ON Q SCREE
                                         N
                                        11/16/09  10:35   AG/IR                   I4L
                                         DEBTOR FORWARDED TO AGENCY
                                        11/16/09  10:35   TA/    PL1              SYS
                                        11/17/09  02:14   AG/IR                   SYS
                                         NEW PLMT - BALANCE UPDATE SENT
                                        11/17/09  10:16   CC/CC  COLL UNIT NC1    NEE
                                        11/18/09  08:51   CC/CC  COLL UNIT G08    NEE
                                        11/19/09  03:09   SN/A                    NEE
                                        11/20/09  06:30   VR/NA  111909 1657      VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                        11/20/09  19:59   MN/NA  112009 1226      VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                        11/21/09  05:32   MN/NA  112009 1909      VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                        11/21/09  15:02   MN/NA  112109 0850      VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                        11/21/09  17:01   MN/NA  112109 1340      VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                        11/21/09  18:39   MN/NA  112109 1550      VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                        11/24/09  10:22   VR/NA  112309 1459      VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                        11/25/09  05:32   MN/NA  112409 1251      VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                        11/26/09  04:25   VR/NA  112509 1330      VOX
                                        Page 2
```

707806

```
AJ0893   CARTER, WILLIAM H                                          Page 3
----------PAYMENTS-----------------    -------------TRANSACTIONS---------------
--Date--    Amount    Code   Rate   --DATE--   TIME   AC/RC   ----COMMENT----   ID
                                    IH.NA 4786896028 LV NO ANSWER
                                    11/26/09  19:51  VR/NA  112609 1434        VOX
                                    IH.NA 4786896028 LV NO ANSWER
                                    11/27/09  16:45  VR/NA  112709 1006        VOX
                                    IH.NA 4786896028 LV NO ANSWER
                                    11/28/09  05:09  VR/NA  112709 1831        VOX
                                    IH.NA 4786896028 LV NO ANSWER
                                    11/28/09  05:09  VR/NA  112709 1758        VOX
                                    IH.NA 4786896028 LV NO ANSWER
                                    11/28/09  14:50  VR/NA  112809 1115        VOX
                                    IH.NA 4786896028 LV NO ANSWER
                                    11/28/09  19:49  VR/NA  112809 1714        VOX
                                    IH.NA 4786896028 LV NO ANSWER
                                    11/29/09  17:52  MN/NA  112909 1346        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    11/29/09  17:52  MN/NA  112909 1314        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    11/30/09  04:00  MN/NA  112909 1634        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    11/30/09  04:00  MN/NA  112909 1945        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    11/30/09  20:23  VR/NA  113009 1044        VOX
                                    IH.NA 4786896028 LV NO ANSWER
                                    11/30/09  20:23  VR/NA  113009 1116        VOX
                                    IH.NA 4786896028 LV NO ANSWER
                                    12/02/09  17:51  MN/NA  120209 0933        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/02/09  20:45  MN/NA  120209 1710        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/05/09  19:46  MN/NA  120509 1023        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/06/09  15:01  MH/LM                      T3
                                    4786896028 XMMAIN94
                                    12/09/09  20:41  MN/NA  120909 1444        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/10/09  20:36  MN/NA  121009 1151        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/11/09  05:40  MN/NA  121009 2003        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/14/09  06:16  CC/CC                     SYS
                                    DT LAST-00 00 00-▮▮▮▮▮▮▮1656
                                    12/15/09  04:00  MN/NA  121409 1030        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/15/09  09:02  MN/NA  121409 2022        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/16/09  12:26  MN/NA  121509 1343        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    12/16/09  17:42  MH/DL  121609 1021        ASP
                                    AH.DL 4786896028
                                    12/19/09  05:02  MN/NA  121809 1421        VOX
                                    MO.NA 4786896028 LV NO ANSWER
                                    Page 3
```

```
                                    707806
                                    12/19/09  16:01  MH/DL   121909 1015      ASP
                                    AH.DL 4786896028
                                    12/21/09  04:52  MN/NA   122009 1711      VOX
```

AJ0893    CARTER, WILLIAM H                                            Page 4

```
-----------PAYMENTS-----------------    -------------TRANSACTIONS--------------
--Date--     Amount     Code   Rate     --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                        MO.NA 4786896028 LV NO ANSWER
                                        12/21/09  16:46  MN/NA   122109 1138    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        12/23/09  20:39  CC/CC                  SYS
                                        DT LAST-03 11 07-███████1656
                                        12/24/09  10:06  MN/NA   122309 1753    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        12/24/09  19:47  MN/NA   122409 1246    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        12/29/09  04:25  MN/NA   122809 1616    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        12/30/09  13:05  MN/NA   122909 1420    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        12/30/09  19:06  MN/NA   123009 0904    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        01/01/10  18:40  MN/NA   010110 1017    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        01/02/10  19:52  MN/NA   010210 1013    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        01/02/10  19:52  MN/NA   010210 1045    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        01/04/10  18:45  MH/AM                  T3
                                        4786896028 XMMAIN94
                                        01/06/10  17:18  MH/DL   010610 1148    ASP
                                        AH.DL 4786896028
                                        01/09/10  19:46  MN/NA   010910 1052    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        01/11/10  20:52  VR/NA   011110 1551    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                        01/13/10  04:00  VR/NA   011210 1645    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                        01/13/10  04:00  VR/NA   011210 1614    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                        01/13/10  16:57  MH/DL   011310 1032    ASP
                                        AH.DL 4786896028
                                        01/15/10  06:51  VR/NA   011410 1433    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                        01/15/10  17:52  MH/DL   011510 1351    ASP
                                        AH.DL 4786896028
                                        01/16/10  06:04  TG/TA   TRIGGER SENT   TRG
                                        01/16/10  19:51  MN/NA   011610 1157    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        01/18/10  20:59  VR/NA   011810 1203    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                        01/18/10  20:59  VR/NA   011810 1238    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                        01/19/10  20:34  MN/NA   011910 1052    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                        Page 4
```

```
                              707806
                              01/19/10  20:34  MN/NA   011910 1019    VOX
                                MO.NA 4786896028 LV NO ANSWER
                              01/20/10  10:26  MH/AM                  T3
                                4786896028 XMMAIN94
                              01/21/10  20:02  VR/NA   012110 1407    VOX
                                IH.NA 4786896028 LV NO ANSWER
```

```
AJ0893   CARTER, WILLIAM H                                    Page 5

----------PAYMENTS-------------------   -------------TRANSACTIONS--------------
--Date--    Amount    Code    Rate    --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                      01/22/10  08:16  VR/NA   012110 1951    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                      01/23/10  04:38  MN/NA   012210 1044    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      01/23/10  19:50  MN/NA   012310 1002    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      01/26/10  20:44  VR/NA   012610 1330    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                      01/27/10  17:54  MH/DL   012710 1300    ASP
                                        AH.DL 4786896028
                                      01/28/10  20:35  MN/NA   012810 1235    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      01/30/10  04:21  VR/NA   012910 1135    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                      01/30/10  04:58  VR/NA   012910 1949    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                      02/01/10  20:31  VR/NA   020110 1251    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                      02/04/10  07:19  MH/DL   020310 1431    ASP
                                        AH.DL 4786896028
                                      02/04/10  10:02  MH/AM                  T3
                                        4786896028 XMMAIN94
                                      02/05/10  17:10  MN/NA   020510 0844    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      02/06/10  04:00  MN/NA   020510 1911    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      02/06/10  16:41  MN/NA   020610 0905    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      02/06/10  18:41  MN/NA   020610 1624    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      02/08/10  20:43  MN/NA   020810 1005    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      02/09/10  08:20  MN/NA   020810 2004    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      02/09/10  10:41  CC/CC                  SYS
                                        AUX2 POS 3-PREMIER BANKCARD, LLC

                                      02/10/10  04:00  VR/NA   020910 1520    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                      02/11/10  20:58  VR/NA   021110 1307    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                      02/13/10  05:20  VR/NA   021210 1316    VOX
                                        IH.NA 4786896028 LV NO ANSWER
                                      02/13/10  15:43  MN/NA   021310 1041    VOX
                                        MO.NA 4786896028 LV NO ANSWER
                                      Page 5
```

```
            707806
            02/13/10  17:45  MN/NA   021310 1452    VOX
              MO.NA 4786896028 LV NO ANSWER
            02/16/10  04:24  VR/NA   021510 1308    VOX
              IH.NA 4786896028 LV NO ANSWER
            02/16/10  17:47  VR/NA   021610 1159    VOX
              IH.NA 4786896028 LV NO ANSWER
            02/16/10  18:53  VR/NA   021610 1534    VOX
              IH.NA 4786896028 LV NO ANSWER
            02/17/10  16:38  VR/NA   021710 1144    VOX
```

AJ0893    CARTER, WILLIAM H                                          Page 6

```
-----------PAYMENTS-------------------    --------------TRANSACTIONS----------------
--Date--     Amount    Code   Rate   --DATE--   TIME  AC/RC   ----COMMENT---- ID
                                       IH.NA 4786896028 LV NO ANSWER
                                     02/18/10  15:44  MN/NA   021810 0904    VOX
                                       MO.NA 4786896028 LV NO ANSWER
                                     02/18/10  18:52  MN/NA   021810 1544    VOX
                                       MO.NA 4786896028 LV NO ANSWER
                                     02/20/10  04:00  VR/NA   021910 1602    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     02/20/10  18:36  MN/NA   022010 1449    VOX
                                       MO.NA 4786896028 LV NO ANSWER
                                     02/22/10  20:54  VR/NA   022210 1242    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     02/24/10  07:18  MH/DL   022310 1314    ASP
                                       AH.DL 4786896028
                                     02/25/10  10:38  VR/NA   022410 1432    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     02/26/10  09:48  VR/NA   022510 1743    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     02/27/10  05:23  VR/NA   022610 1411    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     02/27/10  20:03  VR/NA   022710 1019    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/02/10  04:22  VR/NA   030110 1309    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/02/10  16:15  VR/NA   030210 1005    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/02/10  16:52  VR/NA   030210 1414    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/03/10  09:17  VR/NA   030210 1844    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/03/10  16:43  VR/NA   030310 1249    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/04/10  07:34  VR/NA   030310 1818    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/04/10  17:41  MH/DL   030410 0828    ASP
                                       AH.DL 4786896028
                                     03/05/10  19:31  VR/NA   030510 1108    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/06/10  06:09  VR/NA   030510 2005    VOX
                                       IH.NA 4786896028 LV NO ANSWER
                                     03/06/10  16:04  MN/NA   030610 0917    VOX
                                       MO.NA 4786896028 LV NO ANSWER
                                     03/06/10  17:40  MN/NA   030610 1443    VOX
```
Page 6

```
707806
   MO.NA 4786896028 LV NO ANSWER
03/09/10  05:38  VR/NA   030810 1208    VOX
   IH.NA 4786896028 LV NO ANSWER
03/09/10  11:50  VR/NA   030810 2004    VOX
   IH.NA 4786896028 LV NO ANSWER
03/10/10  04:00  VR/NA   030910 1343    VOX
   IH.NA 4786896028 LV NO ANSWER
03/10/10  20:57  VR/NA   031010 1644    VOX
   IH.NA 4786896028 LV NO ANSWER
03/12/10  10:18  VR/NA   031110 1428    VOX
   IH.NA 4786896028 LV NO ANSWER
03/12/10  13:42  VR/NA   031110 2015    VOX
```

```
AJO893   CARTER, WILLIAM H                                    Page 7

-----------PAYMENTS-----------------   --------------TRANSACTIONS---------------
--Date--    Amount    Code    Rate    --DATE--   TIME  AC/RC   ----COMMENT---- ID
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/12/10  20:41  VR/NA   031210 1021    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/13/10  17:49  VR/NA   031310 0951    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/16/10  09:59  VR/NA   031510 1340    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/16/10  15:32  MN/NA   031610 0952    VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                      03/17/10  07:50  MN/NA   031610 1730    VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                      03/17/10  19:13  MH/DL   031710 0854    ASP
                                         AH.DL 4786896028
                                      03/19/10  08:36  VR/NA   031810 1531    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/20/10  05:07  VR/NA   031910 1525    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/20/10  15:38  MN/NA   032010 1123    VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                      03/20/10  17:47  MN/NA   032010 1434    VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                      03/20/10  18:49  MN/NA   032010 1615    VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                      03/22/10  16:57  MH/DL   032210 0853    ASP
                                         AH.DL 4786896028
                                      03/24/10  04:00  VR/NA   032310 1435    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/24/10  17:52  MN/NA   032410 1247    VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                      03/25/10  12:43  MN/NA   032410 1956    VOX
                                         MO.NA 4786896028 LV NO ANSWER
                                      03/26/10  07:00  VR/NA   032510 1508    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/27/10  20:00  VR/NA   032710 1333    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/31/10  04:00  VR/NA   033010 1438    VOX
                                         IH.NA 4786896028 LV NO ANSWER
                                      03/31/10  18:01  MH/DL   033110 1204    ASP
                                         AH.DL 4786896028
Page 7
```

```
                              707806
                              04/01/10  20:53  VR/NA   040110 1506      VOX
                                IH.NA 4786896028 LV NO ANSWER
                              04/03/10  18:37  MN/NA   040310 1325      VOX
                                MO.NA 4786896028 LV NO ANSWER
                              04/04/10  20:40  AJ/IR   C105             SYS
                                20100404 CLOSE - EFFORTS EXHAUSTED
                              04/04/10  20:40  AG/IR                    VR5
                                DEBTOR RECALLED FROM AGENCY - NC1
                              04/04/10  20:40  CC/CC   COLL UNIT V81    SYS
                              04/04/10  20:40  CC/CO                    SYS
                                5433628768921656 ACT CODE 0
                              04/06/10  11:33  AG/IR                    I4L
                                DEBTOR FORWARDED TO AGENCY
                              04/06/10  11:33  CS/10                    I4L
                              04/06/10  11:33  TA/     PL2              SYS




AJ0893    CARTER, WILLIAM H                                   Page 8

-----------PAYMENTS-----------------   --------------TRANSACTIONS---------------
--Date--     Amount    Code    Rate    --DATE--    TIME  AC/RC  ----COMMENT---- ID

                                       04/07/10  02:23  AG/IR                    SYS
                                         NEW PLMT - BALANCE UPDATE SENT
                                       04/07/10  06:01  TG/TO   TRIGGER REMOVED  TRI
                                       04/09/10  05:03  AJ/IR   S101             SYS
                                         20100407 ACKNOWLEDGMENT
                                       04/09/10  23:00  AJ/IR   W113             SYS
                                         20100408 MISC. DEBTOR LETTER
                                       05/13/10  22:33  AJ/IR   S123             SYS
                                         20100512 SKIP SEARCH - BAD ADDRESS
                                       05/13/10  22:33  AJ/IR   W120             SYS
                                         20100512 TELEPHONE DEMAND RESIDENCE
                                       05/13/10  22:35  AJ/IR   S123             SYS
                                         20100512 SKIP SEARCH - BAD ADDRESS
                                       05/13/10  22:35  AJ/IR   W120             SYS
                                         20100512 TELEPHONE DEMAND RESIDENCE
                                       05/17/10  21:39  AJ/IR   S124             SYS
                                         20100514 SKIP TRACE
                                       11/23/10  19:12  CC/CC                    SYS
                                         RETURN GENFPBB-███████████1656
                                       11/23/10  19:12  CC/CC                    SYS
                                         ACTIVITY AD - CBR12672538
                                       11/24/10  07:41  CC/CC                    SYS
                                         ACTIVITY RA - CBR12672538
                                       11/24/10  07:41  CC/CC                    SYS
                                         RETURN DATE 11-23-10 - CBR12672538
                                       11/24/10  12:49  CC/CO                    SYS
                                         RECALLED DATE HAS BEEN SET
                                         MASTER FORWARDED FLAG REMOVED
                                         FORWARD FLAG WAS F NOW R
                                       11/24/10  12:49  AG/LR   C100 SN2         SYS
                                       11/25/10  02:40  CC/CC                    SYS
                                         RECALL SENT TO SN2 FOR C100
                                       03/15/11  11:26  SO/CC                    SYS
                                         SOL DATE 00-00-00 - CBR12672538
                                       08/03/11  23:22  CC/CC                    SYS
                                         AUX2 POS 2 - PREMIER BANKCARD, LLC
                                       Page 8
```

```
    707806
08/03/11  23:22  CC/CC                        SYS
    RE - PREMIER BANKCARD, LLC - CBR1267
    2538
11/01/11  11:45  TA/    SN2                   GL4
11/01/11  11:45  CS/83                        GL4
11/01/11  11:45  SR/SR  RECVD ADL             GL4
11/01/11  11:45  CC/CC  HP-4786896028         GL4
03/05/12  14:17  SR/SR  RECVD LAWSUIT         GL4
```

Date Printed: Mar 5, 2012