# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
DUBLIN DIV.

2012 OCT 22  P 4:40

C. Robinson

| | | |
|---|---|---|
| William H. Carter | ) | |
| _____ | ) | CASE NO.: 3:11-cv-00107-DHB-WLB |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Appearing on behalf of: _____ |
| NCO Financial Systems, Inc. | ) | Defendant, NCO Financial Systems, Inc. |
| _____ | ) | _____ |
| Defendant. | ) | (Plaintiff/Defendant) |

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Dayle M. Van Hoose, Esq. _____, hereby requests permission to appear pro hac vice in the subject case filed in the Dublin _____ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, See Exhibit A _____.
**Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Glenn E. Jones, Esq. _____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.
This 10th day of October, 2012.

_____
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Glenn E. Jones, Esq. _____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.
This 22nd day of October, 2012.

612374
_____
Georgia Bar Number

912-554-0093
_____
Business Telephone

_____
Signature of Local Counsel

Hall, Booth, Smith & Slover, P.C. _____ (Law Firm)

3528 Darien Highway, Suite 300 _____ (Business Address)

Brunswick, GA 31525 _____ (City, State, Zip)

Same as above _____ (Mailing Address)

# EXHIBIT A

I, Dayle M. Van Hoose, am a member in good standing of the Bar of the following United States Courts:

USDC Middle District of Florida
USDC Southern District of Florida
USDC Northern District of Florida
USDC Eastern District of Michigan (Not Sworn)
USDC Northern District of Illinois (Generally Admitted)
USDC Southern District of Illinois (Generally Admitted)
U.S. Court of Appeals for the 11th Circuit

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| William H. Carter | Case No. 3:11-cv-00107-DHB-WLB |
| Plaintiff | |
| v. | Appearing on behalf of |
| NCO Financial Systems, Inc. | Defendant, NCO Financial Systems, Inc. |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Dayle M. Van Hoose, Esq. |
| Business Address: | Sessions, Fishman, Nathan & Israel, LLC |
| | Firm/Business Name |
| | 3350 Buschwood Park Drive, Suite 195 |
| | Street Address |

| | | | |
|---|---|---|---|
| | Tampa | FL | 33618 |
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | |
|---|---|---|
| Address Line 2 | City, | State, Zip |
| 813-890-2463 | | n/a |
| Telephone Number (w/ area code) | | Georgia Bar Number |



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:    16277
Dayle Marie Van Hoose
Sessions Fishman Nathan & Israel, LLC
3350 Buschwood Park Dr., Ste. 195
Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 30, 2005.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 2nd day of October, 2012.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssT1:R10

```
Court Name: Southern District of Georgia
Division: 2
Receipt Number: BWK004230
Cashier ID: robinson
Transaction Date: 10/23/2012
Payer Name: Hall Booth Smith And Slover PC
------------------------------------------
PRO HOC VICE
 For: Dayle M Van Hoose
 Case/Party: D-GAS-4-12-LB-000001-000
 Amount:         $200.00
------------------------------------------
CHECK
 Check/Money Order Num: 1941
 Amt Tendered: $200.00
------------------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00

CV311-107
```