UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM H. CARTER,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant(s). | 11-CV-00107 |

## DEFENDANT'S SUPPLEMENT TO ITS MOTION TO EXTEND DISCOVERY DEADLINES

Defendant, NCO Financial Systems, Inc. (NCO), through counsel and pursuant to Local Rule 26.2, moves the Court to extend the discovery deadline 60 days, to January 18, 2013. The proposed amended scheduling order is attached hereto as Exhibit "A." In addition to the reasons stated in its Motion filed on October 25, 2012, NCO submits the following in support of its Motion:

　　　1.　　On October 31, 2012, lead counsel, Keren Gesund, learned that her father passed away unexpectedly. She has taken an indefinite leave of absence but is expected to return to work in mid to late November 2012.

　　　2.　　An extension is necessary so that new counsel can obtain admission via *pro hac vice* and coordinate, reschedule and conduct depositions of the telephone service providers and the creditor prior to Plaintiff's deposition.

3. Presently, five (5) subpoenas have been served on third-party witnesses, and we have only heard back from two (2) of the parties. One (1) party has indicated that we need to subpoena some other entity in order to get the needed phone records.

4. Thus, in light of the outstanding November 16, 2012, discovery cutoff, and the pending motions, and the death in Ms. Gesund's family member, NCO respectfully requests this Court exercise its discretion and extend discovery 60 days. The extension is not for dilatory purposes and will not prejudice Plaintiff. Conversely, the extension is necessary for NCO to defend Plaintiff's claims.

WHERFORE, NCO respectfully requests this Court grant NCO's motion, extend the discovery deadline to January 18, 2013, enter the attached proposed amended scheduling order, and for such other relief as this Court deems proper.

Respectfully submitted, this 31st day of October, 2012.

HALL BOOTH SMITH, P.C.

/s/ Glenn E. Jones
Glenn E. Jones
Georgia Bar No.: 612374
*Counsel for Defendant,*
*NCO Financial Systems, Inc.*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Telephone No.: (912) 554-0093
Facsimile No.: (912) 554-1973
Email: gjones@hbss.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, I electronically filed the foregoing: **Defendant's Supplement to its Motion to Extend Discovery Deadline** with the Clerk of Court for the Southern District of Georgia by using the CM/ECF System. I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

William H. Carter
311 Bethel Street
Eastman, Georgia 31023
*Pro Se Plaintiff*

HALL BOOTH SMITH, P.C.

/s/ *Glenn E. Jones*
Glenn E. Jones
Georgia Bar No.: 612374
*Counsel for Defendant,*
*NCO Financial Systems, Inc.*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Telephone No.: (912) 554-0093
Facsimile No.: (912) 554-1973
Email: gjones@hbss.net