# United States District Court
## Southern District of Georgia



FILED
U.S. DISTRICT COURT

2012 NOV -1  PM 4: 40

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| William H. Carter | ) | CASE NO.: 3:11-cv-00107-DHB-WLB |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Appearing on behalf of: |
| NCO Financial Systems, Inc. | ) | Defendant, NCO Financial Systems, Inc. |
| | ) | |
| **Defendant.** | ) | **(Plaintiff/Defendant)** |

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Kenneth C. Grace, Esq. , hereby requests permission to appear pro hac vice in the subject case filed in the Dublin Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, See Exhibit A .
**Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Glenn E. Jones, Esq. as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.
  This 20th day of October , 2012.

_____
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Glenn E. Jones, Esq. , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.
  This _____ day of _____, _____

612374
_____
Georgia Bar Number

912-554-0093
_____
Business Telephone

_____
Signature of Local Counsel

Hall, Booth, Smith & Slover, P.C. _____ (Law Firm)

3528 Darien Highway, Suite 300 _____ (Business Address)

Brunswick, GA  31525 _____ (City, State, Zip)

Same as above _____ (Mailing Address)

AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court

Middle District of Florida

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that Kenneth C. Grace, Bar #0658464, was duly admitted to practice in this court on July 19, 2005, and is in good standing as a member of the Bar of this Court.

Dated at Tampa, FL on October 30, 2012

SHERYL L. LOESCH, CLERK

_____
Deputy Clerk

# EXHIBIT A

I, Kenneth C. Grace, am a member in good standing of the Bar of the following United States Courts:

USDC Middle District of Florida
USDC Southern District of Florida
USDC Northern District of Florida
USDC Western District of New York
Second Circuit Court of Appeals

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| William H. Carter | Case No. 3:11-cv-00107-DHB-WLB |
| Plaintiff | |
| v. | Appearing on behalf of |
| NCO Financial Systems, Inc. | Defendant, NCO Financial Systems, Inc. |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

***

**NAME OF PETITIONER:** Kenneth C. Grace, Esq.

**Business Address:** Sessions, Fishman, Nathan & Israel, LLC
Firm/Business Name

3350 Buschwood Park Drive, Suite 195
Street Address

Tampa    FL    33618
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| 813-890-2460 | N/A |
| Telephone Number (w/ area code) | Georgia Bar Number |

```
DUPLICATE

Court Name: Southern District of Georgia
Division: 2
Receipt Number: BWK004247
Cashier ID: casbell
Transaction Date: 10/31/2012
Payer Name: Hall Booth Smith and Slover
--------------------------------------
PRO HOC VICE
 For: Hall Booth Smith and Slover
 Case/Party: D-GAS-4-12-LB-000001-000
 Amount:         $200.00
--------------------------------------
CHECK
 Check/Money Order Num: 1946
 Amt Tendered:  $200.00
--------------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00

PHV for Attorney Kenneth C. Grace.
```