ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 NOV -8 AM 10:00
CLERK
SO. DIST. OF GA.

WILLIAM H. CARTER )
    Plaintiff )
)
) Case No: CV 311-107
vs )
)
NCO FINANCIAL SYSTEMS )
    Defendant )
)

**ADDENDUM TO PLAINTIFF'S MOTION TO QUASH AND REQUEST FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF AMANDA CARTER**

**PLAINTIFF'S CERTIFICATION OF**
**CONFERRAL IN GOOD FAITH**

Plaintiff hereby certifies that he conferred in good faith both by written and verbal communication with Counsel's for the Defendant, Keren Gesund and Ken Grace before filing his Motion to Quash and Request for Protective Order Preventing the Deposition of Amanda Carter.

Plaintiff conferred via email correspondence with Keren Gesund on October 30, 2012. Ms. Gesund did not answer Plaintiff's email. On October 31, 2012 Plaintiff was contacted by Ken Grace informing him that Mr. Grace would be lead counsel and Plaintiff discussed the subject during the telephone conversation. Mr. Grace said he would review the matter and "get back" to Plaintiff with his answer as to whether or not Defendant would object. Due to the time constraint involved in the matter, Plaintiff called Mr. Grace back when he had not "gotten back" to him by 4:30 pm on Friday, November 2, 2012. Plaintiff explained to Mr. Grace that he needed an answer

as he would have to get the paper work in the mail to the court before the post office closed at 5pm. Mr. Grace said Defendant would object to the motion.

Plaintiff further takes this opportunity to certify that he did indeed have similar conversations with counsels for the Defendant before filing ANY prior motions in this case including his Motion to Compel even though the contents of those conversations have not been fully disclosed by Defendant.

November 4, 2012

Respectfully Submitted,

William H. Carter
311 Bethel Street
Eastman, Georgia 31023
478-689-0708

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **WILLIAM H. CARTER**<br>**Plaintiff**<br><br>vs<br><br>**NCO FINANCIAL SYSTEMS**<br>**Defendant** | )<br>)<br>)<br>)  Case No: CV 311-107<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document(s) by first class mail USPS to all parties listed below.

Dated: 11-4-2012

Respectfully Submitted,

*/s/ William H. Carter*

William H. Carter
311 Bethel Street
Eastman, Georgia
31023

NCO FINANCIAL SYSTEMS, INC.
C/O Glenn E. Jones
Hall, Booth, Smith & Slover, P.C.
3528 Darien Highway, Suite 300
Brunswick, Georgia 31525

Macon P&DC XX 310
MON 05 NOV 2012 PM

Clerk of Court
P.O. Box 1130
Augusta, Georgia
30903

Carter
311 Bethel St.
Eastman, GA
31023