ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# United States District Court
## Southern District of Georgia

2012 NOV -9  AM 11: 20

CLERK _C. Adams_
SO. DIST. OF GA.

---

William H. Carter
_____
Plaintiff

v.

NCO Financial Systems, Inc.
_____
Defendant

Case No.  3:11-cv-00107-DHB-WLB

Appearing on behalf of

Defendant, NCO Financial Systems, Inc.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This ____ day of _Nov_, 2012.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

***

**NAME OF PETITIONER:** Kenneth C. Grace, Esq.

**Business Address:** Sessions, Fishman, Nathan & Israel, LLC
Firm/Business Name

3350 Buschwood Park Drive, Suite 195
Street Address

| Tampa | FL | 33618 |
|---|---|---|
| City | State | Zip |

Street Address (con't)

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| 813-890-2460 | N/A |
| Telephone Number (w/ area code) | Georgia Bar Number |