UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

WILLIAM H. CARTER,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

CASE NO. 3:11-cv-00107-DHB-WLB

## DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S NOTICE OF INTENT TO FILE REPLY BRIEF

Please take notice that, in accordance with the provisions of the Federal Rules of Civil Procedure and Local Rule 7.6, Defendant, by and through its attorneys, intends to file a Reply Brief to Plaintiff's Memorandum in Opposition to Defendant's Request for Expenses filed on November 8, 2012.

Respectfully submitted this 12th day of November, 2012.

**[SIGNATURES ON THE FOLLOWING PAGE]**

HALL BOOTH SMITH, P.C.

*s/ Glenn E. Jones*
Glenn E. Jones, Esq.
Georgia Bar No.: 612374
3528 Darien Highway, Suite 300
Brunswick, GA 31525
Telephone No.: (912) 554-0093
Facsimile No.: (912) 554-1973
Email: gjones@hallboothsmith.com

-and-

*s/ Keren E. Gesund*
Keren E. Gesund, Esq. *(Pro Hac Vice)*
Louisiana Bar No.: 34397
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002
Telephone No.: (504) 828-3700
Facsimile No.: (504) 828-3737
Email: kgesund@sessions-law.biz

-and-

*s/ Kenneth C. Grace*
Kenneth C. Grace, Esq. *(Pro Hac Vice)*
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Dr.
Tampa, FL 33618
Telephone No.: (813) 890-2463
Facsimile No.: (866) 466-3140
Email: kgrace@sessions-law.biz

Counsel for Defendant,
NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2012, I electronically filed the foregoing: **Notice of Intent to File a Reply Brief** with the Clerk of Court for the Southern District of Georgia by using the CM/ECF System. I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

William H. Carter, Pro Se<br>
311 Bethel Street<br>
Eastman, Georgia 31023

HALL BOOTH SMITH, P.C.

/s/ *Glenn E. Jones*
Glenn E. Jones
Georgia Bar No.: 612374
*Attorney for Defendant*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Telephone No.: (912) 554-0093
Facsimile No.: (912) 554-1973