FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 NOV 13   AM 9:4?

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

|  |  |
|---|---|
| WILLIAM H. CARTER **Plaintiff** | ) ) ) ) |
|  | ) **Case No: CV 311-107** |
| **vs** | ) |
|  | ) |
| NCO FINANCIAL SYSTEMS **Defendant** | ) ) ) |

### PLAINTIFF'S MOTION TO BE GRANTED ACCESS TO THE ECF
### SYSTEM FOR FILING ELECTRONIC DOCUMENTS

Plaintiff, William H. Carter hereby moves this Court to GRANT Plaintiff access to the ECF filing system due to extremely burdensome filings and unfair impact on time limitations.

Because of the Dublin division of this Honorable Court being closed, Plaintiff is required to use the USPS mailing system in paper form to submit documents to the Augusta Division. Due to the proximity of the Court to Plaintiff this has resulted in 4 to 6 days lost in mailing each time Plaintiff has had to submit filings. It appears that the defense has absolutely no intentions of letting up on their frivolous and unwarranted filings necessitating Plaintiff's constant response when they have numerous attorneys involved and Ms. Gesund is back from leave. The sheer volume of filings and deadlines has become unduly and extremely burdensome financially in regard to postage, volume of paper and ink to the Plaintiff. The loss of 4 to 6 days in timely responding using the USPS system severely hampers Plaintiff's ability to research, draft and submit responses, motions and other filings and prohibits the care Plaintiff would prefer to apply

to each document. This places Plaintiff at a distinct disadvantage in being able to timely respond in both time and cost.

It would seem grossly unfair to require the Plaintiff to be limited to snail mail in paper form with the Court so geographically removed as to reduce Plaintiff's time and ability to be thorough and accurate while the attorneys simply have to engage in a mouse click using the ECF system.

WHEREFORE, Plaintiff requests the Court grant him the ability to move forward in the same fashion as the multiple attorneys for the defense with access to the ECF system.

Dated: November 9, 2012

Respectfully Submitted,

William H. Carter
311 Bethel Street
Eastman, Georgia
31023

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

**WILLIAM H. CARTER**
     **Plaintiff**            )
                              )
                              )
                              )          **Case No: CV 311-107**
**vs**                        )
                              )
                              )
**NCO FINANCIAL SYSTEMS**     )
     **Defendant**            )
                              )

---

## ORDER ON PLAINTIFF'S MOTION TO BE GRANTED ACCESS TO THE ECF SYSTEM FOR FILING ELECTRONIC DOCUMENTS

---

After considering Plaintiff, William H. Carter's motion to be granted access to the ECF filing system, the Court

GRANTS the motion.

SIGNED on _____, 201__.


_____
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

|  |  |  |
|---|---|---|
| **WILLIAM H. CARTER** | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No: CV 311-107** |
| **vs** | ) | |
| | ) | |
| **NCO FINANCIAL SYSTEMS** | ) | |
| **Defendant** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document(s) by first class mail USPS to all parties listed below.

Dated: _11 - 09 -2012_

Respectfully Submitted,

William H. Carter
311 Bethel Street
Eastman, Georgia
31023

NCO FINANCIAL SYSTEMS, INC.
C/O Glenn E. Jones
Hall, Booth, Smith & Slover, P.C.
3528 Darien Highway, Suite 300
Brunswick, Georgia 31525



Carter
311 Bethel
Eastman, GA
31023

Clerk of Court
P.O. Box 1130
Augusta, GA
30903