UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

WILLIAM H. CARTER,

        Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant(s).

11-cv-00107

## ORDER

Having fully considered the Parties' Joint Motion for Protective Order, it is hereby Ordered that the Motion for Joint Protective Order is **GRANTED**. It is further Ordered that the Parties be bound by the terms of the Motion for Joint Protective Order, paragraphs 1-17, and all subparts thereof.

**So Ordered this** _____ **day of** _____, 2012.

_____
W. Leon Barfield
**UNITED STATES MAGISTRATE JUDGE**