UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM H. CARTER, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendant. | CASE NO. 3:11-CV-00107-DHB-WLB |

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by undersigned counsel, hereby submits this Notice of Pending Settlement and states that all of the parties to this action have reached a verbal settlement with regard to all of plaintiff's claims. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED this 15th day of November 2012.

Respectfully submitted,

/s/ Keren E. Gesund
Keren E. Gesund, Esq. *(Pro Hac Vice)*
Louisiana Bar No.: 34397
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002
Telephone No.: (504) 828-3700
Facsimile No.: (504) 828-3737
Email: kgesund@sessions-law.biz

-and-

*s/ Kenneth C. Grace*
Kenneth C. Grace, Esq. *(Pro Hac Vice)*
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Dr.
Tampa, FL 33618
Telephone No.: (813) 890-2463
Facsimile No.: (866) 466-3140
Email: kgrace@sessions-law.biz

-and-

**HALL BOOTH SMITH, P.C.**

*s/ Glenn E. Jones*
Glenn E. Jones, Esq.
Georgia Bar No.: 612374
3528 Darien Highway, Suite 300
Brunswick, GA 31525
Telephone No.: (912) 554-0093
Facsimile No.: (912) 554-1973
Email: gjones@hallboothsmith.com

Counsel for Defendant,
NCO Financial Systems, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2012, I electronically filed the foregoing: **Notice of Pending Settlement** with the Clerk of Court for the Southern District of Georgia by using the CM/ECF System. I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

>William H. Carter, Pro Se
>311 Bethel Street
>Eastman, Georgia  31023


>By:  /s/ Keren E. Gesund
>Keren E. Gesund, Esq.
>Attorney for Defendant,
>NCO Financial Systems, Inc.